BYBLOS BANK EUROPE, S.A., Respondent, v SEKERBANK TURK ANONYM SYRKETI, Appellant.

Submitted July 9, 2007; decided September 4, 2007

Reported below, 40 AD3d 497.

Motion for leave to cross appeal dismissed upon the ground that Sekerbank Turk Anonym Syrketi is not a party aggrieved (*see* CPLR 5511; *Parochial Bus Sys. v Board of Educ. of City of N.Y.*, 60 NY2d 539, 545-546 [1983]).

---

FRANK CUNHA, Appellant, v BLANCHE S. SHAPIRO, Individually and as Executrix of JESSE SHAPIRO, Deceased, et al., Respondents.

Submitted June 4, 2007; decided September 4, 2007

Reported below, 42 AD3d 95.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

LESLIE FEHER, Appellant, v JOHN JAY COLLEGE OF CRIMINAL JUSTICE et al., Respondents.

Submitted June 18, 2007; decided September 4, 2007

Reported below, 37 AD3d 307.

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal to that Court from the March 2006 and July 2006 orders of Supreme Court, dismissed upon the ground that such part of the order does not finally determine an action or proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.